| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AO 256 (Rev. 2/86) | CRIMINAL DOCKET U.S. District Court | | U.S. WRIT JUVENILE ALIAS VS. | (LAST, FIRST, MIDDLE) ALLEN, DAVID CURTIS a/k/a Boo Rock, A/K/A Boo Boo Drug Violation | Case Filed Mo. Day Yr. 11 29 93 | Docket No. 155 | Def. 04 | |

PO ☐ 93 05 1708 Assigned
Misd. ☐ Disp./Sentence
Felony ☐ X District   Off   Judge/Magistr.   OFFENSE ON INDEX CARD
No. of Def's 10   ● U.S. MAG CASE NO ►

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21§846 | Conspiracy to possess with intent to distribute cocaine base  Count 1 | 1 | | |
| 21§841(a)(1) 18§2 | Attempt to possess with intent to distribute in excess of fifty (50) grams of cocaine base (crack) Aiding and abetting  Count 4 | 1 | | |
| 18§924(c) | Use of a firearm during a drug trafficking crime  Counts 6 & 7 | 2 | | |
| 21§841(a)(1) | Possession with intent to distribute and Distribution of cocaine base (crack)  Count 9 | 1 | | |
| 18§922(g)(1) | Felon in possession of a firearm  Count 12 | 1 | | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF
☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
KEY DATE 11-29-93 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony W/waiver

KEY DATE 5/25/94
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO
KEY DATE APPLICABLE
☐ Dismissal
☐ Pled guilty { After N.G.
☐ Nolo { After nolo
☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED  on def ☐ on S.T.  motion ☐ grounds ☐ W.P. ☐ WOP  on gov't motion

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ►
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ►
PRELIMINARY EXAMINATION { Date Scheduled ► OR REMOVAL HEARING { Date Held ►
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
MORRISON, HAYES, HAYES, WILLIAMS, MORRISON, BRODIE, TERRY, RAGLAND, DAVIS
ATTORNEYS
U.S. Attorney or Asst.

RULE  20  21  40  In  Out
BAIL ● RELEASE
PRE-INDICTMENT
Release Date
Bail Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$   Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty
☐ Other

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Det. Hrg. set for 5/31/94

Custody

FPD to provide counsel

Douglas W. Corkhill
P. O. Box 390
Raleigh, NC 27602
919/828-6300

1/9 a JW Hernandez-Cuebas

70days up: 8/3/94

Sent: 10-24-94

POST-INDICTMENT
Release Date
Bail Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$   Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty
☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE PAYMENTS

**V. PROCEEDINGS**

| DATE | # | Proceedings | Start/End | Ltr | Days |
|---|---|---|---|---|---|
| 11-22-93 | 1. | **MOTION TO SEAL INDICTMENT** request for warrant to be issued | | | |
| 11-23-93 | 2. | **ORDER ALLOWING LIMITED DISCLOSURE** - Mag. Judge Denson. **WARRANT ISSUED** - original and 1 copy to U.S. Marshal. No indictment attached. | | | |
| 11-29-93 | 3. | **ORDER TO SEAL INDICTMENT** - Mag. Judge Denson. | | | |
| | 4. | **MOTION TO UNSEAL INDICTMENT** | | | |
| | 5. | **ORDER TO UNSEAL INDICTMENT** | | | |
| | 6. | **INDICTMENT FILED** - 1c U.S. Atty., 1c U.S. Marshal, Probaiton, Pre-Trial Services, Judge Boyle and Mag. Judge Denson. | | | |
| 5/25/94 | -- | Initial Appearance - Jude Denson - raleigh - REcorded - Oral Motion for Det. - Oral motion for counsel - Adv. of charges - CJA 23 completed | | | |
| | 7. | **ORDER** - appoingting FPD (Denson, M/J) - 1c: USA,PTS,FPD | | | |
| | 8. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORMA CT** - det. hr. set for 5/31/94 at 11:30 in Raleigh before Judge Denson - 1c: Judge Denson, USA, PTS, USM, fPD | | sr | |
| 5/27/94 | -- | PRe-Trial Sch. Order to Judge Denson | | sr | |
| 5-27-94 | | **MARSHAL'S RETURN ON WARRANT FOR ARREST** - executed 5-24-94 by: Richard Wilburn - DUSM | | jm | |
| 5-27-94 | 9. | **ORDER ON PRE-TRIAL SCHEDULING** - Discovery by: 6-14-94 MOTIONS: 6-28-94 RESPONSES: within (10) business days from date of service of motions (Judge Denson) Cys: USA, J. Boyle & counsel | | jm | |
| 5/31/94 | -- | **DETENTION HEARING** in Ral before USMJ Denson - Recorded - Deft w/counsel - Govt present evidence thru sworn testimony - Deft is detained | | vp | |
| 6/1/94 | 10 | **ORDER OF PRETRIAL DETENTION** - the deft has not rebutted the presumptions and accordingly HE IS ORDERED DETAINED pending trial (Denson) - 1c: USA, PTS, USM, counsel | | vp | |
| 6-3-94 | 11. | NOTICE O APPEARANCE - Douglas W. Corkhill, P. O. Box 390, Raleigh, NC - Cys: USA, USPO, USM, J. Boyle & J. Denson | | jm | |
| 6-3-94 | 12. | REQUEST FOR DISCOVERY - filed by deft. 1c: Judge Denson | | jm | |
| 6-14-94 | 13 | MOTION TO REMOVE PRISONERS by USA w/ cs c: Judge Denson | | cm | |
| 6-14-94 | 14 | ORDER Allowing Removalof deft from USMS custody (Judge Denson) CR OB #57, p. 25 c: USA | | cm | |
| 6-14-94 | 15 | MOTION TO REMOVE PRISONER by USA w/ cs c: Judge Denson | | cm | |
| 6-14-94 | 16 | ORDER allowing removal of deft from USMS custody (Judge Denson) CR OB #57, p. 26 c:USA | | cm | |
| 6-16-94 | | **AT NEW BERN BEFORE JUDGE BOYLE (C.R. James Palmer)** Deft. sworn - deft competent Rule 11 conducted | | | |
| | 17 | Memorandum of Plea Agreement Filed Plea of Guilty to Ct. 1 Govt summarized evidence Plea freely & vol. ent. Factual basis exists Court accepts plea Cts. 4,6,7,9, 12 to be dismissed at sent. Sent: 9/6/94 Bond: Deft. remanded | | cm | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 8/1/94 18 | MOTION TO REMOVE PRISONERS - by govt. w/cs  lcc: Judge Denson. fs | | | | |
| 8/1/94 19 | ORDER - the USM service allow DEA agents and other law officers remove deft's from custody of USM and return to the custody of USM for safekeeping overnignt, unless other arrangements have been permitted by the Court (Judge Denson) CR OB# 57, p. 173  lcc: USA, USM, Judge Boyle. fs | | | | |
| 8/17/94 20 | MOTION TO REMOVE PRISONERS - by govt. lcc: Judge Denson  fs | | | | |
| 8/22/94 21 | ORDER - the court Orders the USM, DEA agents, federal agents of PDTF, and other law enforcement officers to remove deft. from custody of USM for debriefings and or court appearancces - further Ordered the federal agent contact the USM in advance to make arrangements for removal each time prisoner is removed, and inform USM of precise location, estimated length of time, and any change in location - agents are ORDERED to employ all physical security restraints - ORDERED to return prisoner to the custody of USM for safekeeping overnight, unless other arrangements have specifically been permitted by the Court. (Judge Denson) CR OB#58, p. 53  fs | | | | |
| 8/28/94 | ISSUED NOTICE TO APPEAR for Sentencing on Tuesday, Sept. 6, 1994 at 2:00pm in Elizabeth City Before Judge Boyle.  lcc: USA, Counsel, Judge Boyle, USM, USPO. fs | | | | |
| 11/17/94 | ISSUED NOTICE TO APPEAR FOR SENTENCING - before J. Boyle at Raleigh on 11/28/94 at 10 am; cys: USA, cnsl, PTS, USPO, USM and Judge Boyle  bll | | | | |
| 11/18/94 22 | GOVT'S. MOTION TO CONTINUE SENTENCINGS - w/cs; cy to Judge Boyle  bll | | | | |
| 11/29/94 23 | JUDGMENT AND COMMITMENT - Raleigh/BOYLE/C.R. Jo Bush  BOP - 96 months  Sup. Release w/ spec. conds.  Govt's. motion for downward departure allowed.  No fine or restitution  Statement of Reasons  (BOYLE) OB# 1 , p. 62 ; cys: USA, USM, USPO, PTS, Judge Boyle, FIne CNtr, Fin. Dpty and cnsl of record  (ENT. 12/29/94    )  bll | | | | |
| 11/17/95 | MOTION FOR CONSIDERATIN OF DEPARTURE - by govt; cy: J. Boyle  bll | | | | |
| 12/15/95 | ISSUED NOTICE TO APPEAR FOR RULE 35 HEARING - set for 1/22/96 10 am at Raleigh before j. Boyle; cys dist.  bll | | | | |
| 1/4/96 | ISSUED AMENDED NOTICE TO APPEAR FOR RULE 35 HEARING - set for 1/24/96 at 9 am before j. Boyle at Eliz. City; cys dist.  bll | | | | |
| 1/22/96 | RULE 35 HEARING _ before J. Boyle at Eliz. City/C.R. Sandra Graham; Remarks by AUSA, then deft.; Court allow motion; Court reduces sentence to 30 months BOP, all other conditions to remain in force. Written order to follow.  bll | | | | |
| 2/2/96 | ORDER - that the motion for departure was allowed. Deft's sentence was reduced to a term of 30 months w/ all other conditions of deft's. original sentence to remain in effect. (BOYLE) OB5, p. 117; cys dist.  bll | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 11/24/98 | **ORDER AND PETITION FOR ACTION ON SUPERVISED RELEASE** _ - that the sup. rel. be modified as follows: 1. The deft. shall undergo placement in a community corrections cntr. for a period of 90 days as arranged by the USPO and shall abide by the conditions of that pgm during said placemt. Except as herein modified, the judgmt. shall remain in full force and effect. (BOYLE) OB15, p. 133; cys dist. (ent. 12/3/98)     b11 | | | | |
| 1/12/99 | **MOTION FOR REVOCATION** - by USPO; cy: J. Boyle     b11 | | | | |
| 1/12/99 | **WARRANT ISSUED** - cys dist.     b11 | | | | |
| 1/28/99 | **ORDER** - that the FPD is directed to provide representation in this action. (DIXON) cys dist.     b11 | | | | |
| 1/28/99 | **NOTICE** _ set Revoc. Hrg. before J. Boyle in Eliz. CIty on 2/16/99 at 10am; cys dist.     b11 | | | | |
| 1/29/99 | **NOTICE OF APPEARANCE** - by J. W. Hernandez-Cuebas; cys dist. | | b11 | | |
| 2/2/99 | **RETURN ON WARRANT** - deft. arrested 1/21/99 by USMS     b11 | | | | |
| 2/16/99 | **REVOCATION HEARING HELD** before J. Boyle/Eliz. City; C.R. Sandra Graham; Deft. cont'd. on sup. rel., add'l. cond: Court placed in halfway house for 120 days and 50 hrs comm. svc; Written Order to follow.     b11 | | | | |
| 2/22/99 | **ORDER MODIFYING AND CONTINUING SUPERVISION** - it now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conds. imposed in this case and the following add'l. spec. conds.: 1. The deft. shall perform 50 hrs comm. sve as directed by USPO and if referred for placemt. and monitoring by state of NC, pay the required $100 fee. 2. Deft. shall undergo placemt. in a comm. corr. cntr for a period of 120 days as arranged by USPO and shall abide by the conds of that pgm. during said placemt. (BOYLE) OB17, p. 27; cys dist.     b11 | | | | |

Case 5:93-cr-00155-BO   Document 15   Filed 11/29/93   Page 4 of 4